UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mikell Huff,

            Plaintiff,        Case No. 20-50608

v.                               Judith E. Levy
                                United States District Judge

Andre R. Borello,

                                Mag. Judge Elizabeth A.
           Defendant.      Stafford

_____/

## Order for a More Definite Statement

On April 20, 2020, Plaintiff Mikell Huff filed a letter. (ECF No. 1.) Plaintiff's letter is directed to Saginaw County Circuit Judge Andre R. Borrello; it appears to request the immediate procurement of an admiralty bond of $445,000.00. (*Id.* at PageID.1.) Plaintiff includes a notice of execution of judgment, signed by Plaintiff himself. (*Id.* at PageID.2.)

Rule 8(a) of the Federal Rules of Civil Procedure requires a plaintiff in a civil action to set forth "(1) a short and plain statement of the grounds for the court's jurisdiction . . . ; (2)  a short and plain statement of the

claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." Fed. R. Civ. Proc. 8(a).

Plaintiff's letter complies with none of the requirements of Rule 8. It does not include the grounds on which Plaintiff invokes this Court's jurisdiction, a short and plain statement of his claim, or a demand for any relief from this Court. When attempting to construe Plaintiff's letter so as to do justice, *see* Fed. R. Civ. Proc. 8(e), the Court cannot discern a viable complaint. Indeed, the letter itself suggests that Plaintiff did not seek to initiate a lawsuit in federal court: Plaintiff writes, "If you fail to procure the negotiable instrument with the face amount specified within 3 days after the receipt of this demand, the undersigned shall commence and proceed to file a suit in relation to your warranties of endorsement." (ECF No. 1, PageID.1.)

Accordingly, the Court strikes Plaintiff's letter. *See* Fed. R. Civ. Proc. 12(e). If Plaintiff wishes to pursue this lawsuit, he is ordered to file a more definite statement by no later than August 4, 2020 or the Court will dismiss the case for failure to prosecute.

IT IS SO ORDERED.

Dated: July 15, 2020             s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY

United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 15, 2020.

<u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager